UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 17-cr-10279-IT |
| | * | |
| ARTHUR STRASNICK, | * | |
| | * | |
| Defendant. | * | |

## ORDER TO MODIFY MONTHLY RESTITUTION AMOUNT

October 7, 2019

TALWANI, D.J.

The court approves Defendant's request [#42] to modify his monthly restitution amount from its current level of $100.00 to $50.00.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge